STATE OF LOUISIANA                                          NO. 22-K-532

VERSUS                                                      FIFTH CIRCUIT

SHAWN BRISCOE AND LANCE MCINTYRE                           COURT OF APPEAL

                                                           STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

_____ November 18, 2022 _____

Linda Wiseman
First Deputy Clerk

---

**IN RE** STATE OF LOUISIANA

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD L. FORET, DIVISION "H", NUMBER 16-5524

---

Panel composed of Judges Fredericka Homberg Wicker, Robert A. Chaisson, and John J. Molaison, Jr.

## WRIT GRANTED IN PART; DENIED IN PART; STAY LIFTED

Relator, the State, seeks review of the trial court's evidentiary ruling that a recorded co-defendant's jailhouse call could not be introduced without redactions.

We agree with the State that recorded inmate phone calls have been considered non-testimonial in nature, as an exception to *Bruton v. United States*, 391 U.S. 123, 88 S.Ct. 1620, 20 L.Ed.2d 476 (1968). This Court has previously held such evidence to be admissible. See, *State v. Massey*, 11-357 (La. App. 5 Cir. 3/27/12), 91 So.3d 453, *writ denied*, 12-991 (La.9/21/12), 98 So.3d 332; *State v. Harris*, 15-485 (La. App. 5 Cir. 4/13/16), 190 So.3d 466, 480-81, *writ denied*, 16-0902 (La. 5/12/17), 220 So.3d 746. However, evidence may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, or confusion of the issues. La. C.E. art. 403. A trial court is vested with much discretion in determining whether the probative value of relevant evidence is substantially outweighed by its prejudicial effect. *State v. White*, 09-0025 (La. App. 4 Cir. 9/16/09), 22 So.3d 197. A trial judge's determination regarding the relevancy and admissibility of evidence will not be overturned on appeal absent a clear abuse of discretion. *State v. Francis*, 98-811 (La. App. 5 Cir. 1/26/99), 727 So.2d 1235, 1237, *writ denied*, 99-0671 (La.6/25/99), 746 So.2d 597.

After a review of the complete recording, we do not find that the trial court erred or otherwise abused its discretion in its ruling that it will only allow a redacted version of the call to be played for the jury. From the record, it appears that further redactions to the version submitted for our review will need to be incorporated, removing any references to Defendant Briscoe's attorney. Accordingly, the State's writ is denied in part.

22-K-532

    We grant the writ, in part, upon finding that the probative value of portions of the recorded phone call, wherein Defendant McIntyre discusses his and Defendant Briscoe's presence in the general vicinity of the crime and their purpose for being in the area, in this instance, is not outweighed by the danger of unfair prejudice, or confusion of the issues under La. C.E. 403. We reverse this portion of the trial court's ruling and hold that these specific portions should be incorporated into the final version of the tape played for the jury.

    We further lift the stay previously imposed in this matter.

    Gretna, Louisiana, this 18th day of November, 2022.

**JJM**
**FHW**
**RAC**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
INTERIM CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>11/18/2022</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**22-K-532**

**CURTIS B. PURSELL**
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald L. Foret (DISTRICT JUDGE)
Anna L. Friedberg (Respondent)          Thomas J. Butler (Relator)
                                        Darren A. Allemand (Relator)

### MAILED

Anthony J. Angelette, Jr. (Respondent)      Honorable Paul D. Connick, Jr. (Relator)
Attorney at Law                             District Attorney
401 Whitney Avenue                          Twenty-Fourth Judicial District
Suite 406                                   200 Derbigny Street
Gretna, LA 70053                            Gretna, LA 70053